**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Alberto Rolando RIOS, Defendant–Appellant.**

No. 06–41043
Conference Calendar.

United States Court of Appeals, Fifth Circuit.

April 18, 2007.

Heather Harris Rattan, Assistant U.S. Attorney, U.S. Attorney's Office, Eastern District of Texas, Plano, TX, for Plaintiff–Appellee.

Alberto Rolando Rios, Bastrop, TX, pro se.

Before HIGGINBOTHAM, BENAVIDES, and PRADO, Circuit Judges.

PER CURIAM: *

Counsel appointed to represent Alberto Rolando Rios has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Rios has filed a response. Our independent review of counsel's brief, Rios's response, and the record discloses no nonfrivolous issue for appeal. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.